was disclosed for holding Annie R. Levy, who seems to have taken part in the transaction only to the extent of releasing her possible interest in the policy, the judgment dismissing the complaint should be affirmed, with costs, as to her, and reversed, and a new trial ordered, as to the other defendant, with costs to appellant to abide the event. All concur.

---

HALEY, Appellant, v. VILLAGE OF WHITE PLAINS, Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by John Haley against the Village of White Plains.

PER CURIAM. Interlocutory judgment of the County Court of Westchester County reversed, with $10 costs, and demurrer overruled, with $30 costs, with leave to defendant to serve an answer within 20 days on payment of the costs aforesaid, on authority of Allen v. City of New York, 120 App. Div. 539, 104 N. Y. Supp. 919, and Cantwell v. City of New York, 75 Misc. Rep. 335, 135 N. Y. Supp. 285. Affirmed on opinion below 152 App. Div. 906, 137 N. Y. Supp. 1113.

---

HAMILTON COUNTY, Appellant, v. RYAN et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by the County of Hamilton, by Frank E. Tiffany and others, constituting its Board of Supervisors, against Peter Ryan and another. No opinion. Order unanimously affirmed, with costs.

---

HANEY, Respondent, v. LEHIGH VALLEY STRUCTURAL STEEL CO., Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Andrew M. Haney against the Lehigh Valley Structural Steel Company. L. D. Ball, of New York City, for appellant. L. Schuldenfrei, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion to preclude defendant from giving testimony denied. Order filed.

---

HANNAN v. REARDON et al. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Appeal from Special Term, New York County. Action by David P. Hannan against James S. Reardon and others. From an order vacating a judgment for plaintiff and granting defendant's motion for judgment, plaintiff appeals. Modified, and judgment directed for plaintiff. James A. Donegan, of New York City, for appellant. Max Sheinart, of New York City, for respondents.

PER CURIAM. The order appealed from should be modified, so as to vacate both judgments and direct the clerk to enter a judgment in plaintiff's favor for $250, with costs as heretofore taxed, and, as so modified, affirmed, without costs.

---

HARBOR & SUBURBAN BUILDING & SAVINGS ASS'N, Respondent, v. EMPLOYERS' LIABILITY INS. CORPORATION,

LIMITED OF LONDON, ENGLAND, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by the Harbor & Suburban Building & Savings Association against the Employers' Liability Insurance Corporation, Limited, of London, England. B. L. Pettigrew, of New York City, for appellant. R. H. Grimes, of New York City, for respondent.

PER CURIAM. Judgment (79 Misc. Rep. 150, 140 N. Y. Supp. 717) affirmed, with costs. Order filed.

SCOTT and DOWLING, JJ., dissent.

---

HARDEN, Respondent, v. HOOPS, Appellant. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Percival L. Harden against William T. Hoops. E. Hymes, of New York City, for appellant. I. N. Jacobson, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 149 App. Div. 916, 133 N. Y. Supp. 1125.

INGRAHAM, P. J., dissents.

---

HARDENBERGH v. EMPLOYERS' LIABILITY ASS'N CO. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by William P. Hardenbergh against the Employers' Liability Association Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 80 Misc. Rep. 522, 141 N. Y. Supp. 502.

---

HARDY v. TURNER et al. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by William Hardy against Oscar A. Turner, impleaded with others. No opinion. Application denied, with $10 costs. Order signed.

---

HARGRAVE, Respondent, v. M. GROH'S SONS, Appellant (two cases). (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Arthur Hargrave, an infant, against M. Groh's Sons. G. C. Fox, of New York City, for appellant. L. Cohn, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

In re HARTRIDGE. (Supreme Court, Appellate Division, First Department. October 17, 1913.) In the matter of Clifford W. Hartridge. No opinion. Charges amended, and referred back to official referee to take further testimony. Opinion per curiam. Settle order on notice. See, also, 150 App. Div. 923, 135 N. Y. Supp. 1116; 143 N. Y. Supp. 1120.

---

In re HARTRIDGE. (Supreme Court, Appellate Division, First Department. November 14, 1913.) In the matter of Clifford W. Hartridge. No opinion. Application denied. Settle order on notice. See, also, 143 N. Y. Supp. 1120.